UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-20792-CIV-MARTINEZ

12FIVE CAPITAL, LLC,

    Plaintiff,

v.

LANDOVER SYSTEMS, LLC,

    Defendant.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation (R&R) on Plaintiff's Motion for Final Default Judgment, (ECF Nos. 10, 12). (ECF No. 16.) Judge Sanchez filed his R&R, (ECF No. 15), recommending that Plaintiff's Motion for Final Default Judgment be **DENIED WITHOUT PREJUDICE** and that Plaintiff be provided with an opportunity to file an amended complaint. The Court has reviewed the entire file and record, and notes that no objections have been filed. Accordingly, after careful consideration, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation, (ECF No. 15), is **AFFIRMED** and **ADOPTED**.
2. Plaintiff's Motion for Final Default Judgment, (ECF Nos. 10, 12), is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Miami, Florida, this 12 day of February, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record